# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| CONTINENTAL PROPERTIES COMPANY, INC., | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v | )<br>) |
| RIVERWOOD HOMES, LLC, | )   CIVIL NO. 1:07-CV-020<br>) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of David G. Hanson, of the law firm of Reinhart Boerner Van Deuren s.c., to appear as counsel for the plaintiff in this matter filed on March 2, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that David G. Hanson is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: March 6, 2007

_____
Dennis L. Howell
United States Magistrate Judge